IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNITH EARL GEORGE,           )<br>                               )<br>     Plaintiff,              )<br>                               )<br>     v.                        )<br>                               )<br> OFFICER HAGLER,               )<br> individually and in his      )<br> official capacity, et al.,   )<br>                               )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:21cv566-MHT<br>(WO) |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that defendants failed to protect him from assault by another prisoner. Plaintiff filed a motion for preliminary injunction seeking an order that the defendant correctional officer actively protect inmates from harm. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. 16) is adopted.

(2) The motion for preliminary injunction (Doc. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 29th day of December, 2021.

                                /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE