IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **KENNITH EARL GEORGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:21cv566-MHT |
| ) | (WO) |
| **OFFICER HAGLER/A.D.O.C.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that defendants acted with deliberate indifference by failing to protect plaintiff from being stabbed repeatedly by a crazed inmate who was high on methamphetamine. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for abandonment or failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE